## BURROWS v. FITCH.

Action on the statute against a sheriff for not returning an execution issuing from the Superior Court, may be brought in any county where either party dwells, whether the original judgment was rendered there or not.

THIS action was against the sheriff of New Haven county, for the neglect of his deputy in not levying and returning an execution which issued on a judgment of the Superior Court, holden in the county of Fairfield.   The action was upon the statute regulating sheriffs, in which it is enacted, " That if such sheriff or constable shall not execute the writ, or shall neglect to make return thereof, or shall make false or undue return; on complaint thereof made to the court or justice to which it was made returnable, the court or justice may inquire thereof, by the evidence produced, and if he be found in default, the court or justice may set a suitable fine upon him, and award damages to the party aggrieved."

On demurrer, judgment was for the plaintiff.   And,

By the whole COURT. The only exception to the declaration is, that the statute on which this action is brought requires that the complaint should be made to the same court that granted the execution on which, etc. and therefore this action should have been brought in the county of Fairfield, and not. in the county of New Haven. The court is of opinion, that this court is the same within the meaning of the statute, sitting in any county in the state; and therefore such action may be maintained in the county where either party dwells. The declaration is therefore sufficient.